ALSB LBF283 (8/11)

# United States Bankruptcy Court
## Southern District of Alabama

In re: James MacQueen      Case No. 11-00894

**MOTION FOR DISCHARGE FOR CHAPTER 12 AND 13 CASES UNDER 11 U.S.C. 1228 AND 1328 AND DEBTOR'S CERTIFICATIONS REGARDING DISCHARGE ELIGIBILITY, DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)**

PURSUANT TO LOCAL RULE, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF SERVICE. RESPONSES MUST BE SERVED UPON THE MOVING PARTY AND FILED ELECTRONICALLY OR BY U.S. MAIL ADDRESSED TO CLERK, U.S. BANKRUPTCY COURT, 201 ST. LOUIS STREET, MOBILE, ALABAMA 36602

The Debtor in the above captioned matter certifies as follows:

*Part I. Certification Regarding Discharge Eligibility (check no more than one)*

Pursuant to 11 U.S.C. Sections 1328(f), I certify that:

☐ I/we have not received a discharge in a previous Bankruptcy action.

☒ I/we have received a discharge in a previous Chapter 7, 11, or 12 Bankruptcy action, but it was more than 4 years preceding the date of the order for relief for the underlying Chapter 13. *11 U.S.C Section 1328(f)(1)*

☐ I/we have received a discharge in a previous Chapter 13, but it was more than 2 years preceding the date of such order. *11 U.S.C Section 1328(f)(2)*

☐ I/we have received a discharge in a previous Bankruptcy action, but am entitled to a discharge because (explain):

_____
_____

☐ I/we ARE NOT entitled to a Discharge.

*Part II. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Sections 1228(a) or 1328(a), I certify that:

☒ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 12 or 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

**Part III. If you checked the second box, you must provide the information below:**

My current address: _____

My current employer and my employer's address: _____
_____

**Part IV. Certification Regarding Section 522(q) (check no more than one)**

Pursuant to 11 U.S.C. Sections 1228(f) or 1328(h), I certify that:

[X] I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependant of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $136,875* in value in the aggregate.

[ ] I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $136,875* in value in the aggregate.

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**Part V. Debtor's Signature**

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on 4/18/2014       _____[signature]_____
         Date                      Debtor

Executed on _____       _____
         Date                      Debtor

```
                              United States Bankruptcy Court
                               Southern District of Alabama
```

In re:                                                              Case No. 11-00894-WSS
James MacQueen                                                      Chapter 13
         Debtor                    **CERTIFICATE OF NOTICE**

District/off: 1128-1           User: phefferna            Page 1 of 1               Date Rcvd: Apr 21, 2014
                               Form ID: pdf1              Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 23, 2014.
```
db            +James MacQueen,   Mobile,   29770 Hayden Drive,   Orange Beach, AL 36561-4207
cr             Chase Home Finance, LLC. f/k/a Chase Manhattan Mor,   Mail Code LA4-5555  700 Kansas Lane,
               Monroe, LA   71203
cr            +JPMORGAN CHASE BANK, N.A.,   ATTN: OH4-7133,   3415 VISION DRIVE,   COLUMBUS, OH 43219-6009
2341105        CHASE,   PO Boc 24696,   Columbus, OH   43224-0696
2603914       +CHASE RECORDS CENTER,    ATTN: CORRESPONDENCE MAIL,   MAIL CODE LA4-555,   700 KANSAS LANE,
               MONROE, LA 71203-4774
2257586        Chase,   PO Box 24696,   Columbus, OH   43224-0696
2292440       +JP MORGAN CHASE BANK N.A.,   ATTN: OH4-7133,   3415 VISION DRIVE,   COLUMBUS OH 43219-6009
2266266       +SunTrust Bank,   Attn: Support Services,   POB 85092,   Richmond, VA 23286-0001
2257587       +Suntrust Bank,   PO Box 85526,   Richmond, VA 23285-5526
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr             JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
2341106*      +SUNTRUST BANK,   PO Box 85526,   Richmond, VA 23285-5526
                                                                                 TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2014                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 21, 2014 at the address(es) listed below:
```
              John C. McAleer, III    cperry@ch13mob.com, cdownload@ch13mob.com
              John W. Sharbrough, III    on behalf of Debtor James  MacQueen john@sharbroughlaw.com,
               wturnbow@coldairnow.com;sharbroughlaw@gmail.com
              Susannah R. Walker    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. sdbankruptcy@sirote.com
              Susannah R. Walker    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               sdbankruptcy@sirote.com
                                                                                             TOTAL: 4
```